**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| PeaceHealth,<br><br>               Plaintiff,<br><br>    v.<br><br>Claritev Corp. f/k/a MultiPlan, Inc.; Aetna, Inc., a subsidiary of CVS Health Corporation; Blue Cross Blue Shield of Michigan Mutual Insurance Company; Aware Integrated, Inc.; BCBSM, Inc. d/b/a Blue Cross Blue Shield Of Minnesota; The Cigna Group; Elevance Health, Inc. f/k/a Anthem, Inc.; Health Care Service Corporation; Highmark Health; Horizon Healthcare Services, Inc. d/b/a Horizon Blue Cross Blue Shield of New Jersey; Kaiser Foundation Health Plan, Inc.; CareFirst Of Maryland; Blue Cross Blue Shield of Massachusetts; WebTPA Employer Services, LLC; Allied Benefit Systems, LLC; Christian Care Ministry, Inc., d/b/a Medi-Share; Imagine 360 Administrators, LLC,<br><br>               Defendant. | Case No. 1:26-cv-09307<br><br>MDL No. 3121 |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff PeaceHealth, by and through its undersigned counsel, states as follows: (1) PeaceHealth is a not-for-profit organization; (2) the parent corporation of PeaceHealth is PeaceHealth Networks, which is also a not-for-profit organization; (3) PeaceHealth Networks is the sole member of PeaceHealth; (4) no other company or individual owns, directly or indirectly, 5% or more of the stock of PeaceHealth.

1

Dated: August 4, 2026

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Stephen M. Medlock*

Stephen M. Medlock
Stephen Cohen (*pro hac vice* forthcoming)
2200 Pennsylvania Ave., N.W.
Suite 500 W
Washington, D.C. 20037
Tel: (202) 639-6500
Fax: (202) 639-6604
smedlock@velaw.com
scohen@velaw.com

Michael Scarborough (*pro hac vice* forthcoming)
Dylan Ballard (*pro hac vice* forthcoming)
Madison Lo (*pro hac vice* forthcoming)
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com
mlo@velaw.com

Mackenzie Newman (*pro hac vice* forthcoming)
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 237-0000
Fax: (212) 237-0100
mnewman@velaw.com

*Attorneys for Plaintiff*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2026, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ *Stephen M. Medlock*
Stephen M. Medlock
